**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ Division

In re:

    Ronald W. Hahn                         Case No.  10-31930-KRH

 Debtor     (s)                        Chapter 13

 17210 Jefferson Davis Hwy #26

 Colonial Heights, VA 23834

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) _6352_____

**AMENDED NOTICE OF MOTION**

Debtor(s), by counsel, have filed papers with the court for a Motion to Extend time to file Debtor's Certification of Compliance with 11 U.S.C. Section §1328 and the Debtor Education Certificate.

      __Your rights may be affected__. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want urt to consider your views on the motion (or objection), then or before **July 30, 2014 (7 days)** you attorney must:

    ☑  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                    Clerk of Court
                    United States Bankruptcy Court
                    701 E. Broad St.
                    Richmond, VA 23219

         You must also mail a copy to:

                    America Law Group, Inc.
                    2312 Boulevard
                    Colonial Heights, VA 23834

    ☐  Attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

■    Attend the hearing on the motion (or objection) scheduled to be held on **August 27, 2014 @10:00 AM** at the United States Bankruptcy Court, 701 E. Broad St, Courtroom 5000, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: July 23, 2014

/s/ Richard J. Oulton
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Ph: 804-520-2428
VA State Bar No: 29640
Counsel for Debtor

Certificate of Service

I hereby certify that I have this July 23, 2014 mailed or sent by electronic means a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Counsel for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

     Ronald W. Hahn                                 10-31930-KRH-KRH/KLP

     Debtor(s)                                    Chapter 13

***NOTICE OF TIME FOR FILING RESPONSE***

     **NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule Number 1007 (c) of the Eastern District of Virginia, effective January 1, 1997, the Court may enter an Order without a hearing if no response is filed to this Motion within seven (7) business days after service by the debtor.**

**AMENDED MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328 AND THE DEBTOR EDUCATION CERTIFICATE**

     Debtor(s), by counsel, move the Court and state the following:

1. A voluntary petition under the provisions of title 11 of the United States Code was filed herein on 3/19/2010.

2. At that time, the debtor(s) also filed a list of all creditors and their addresses.

3. The time to file the Debtor's Certification of Compliance with 11 U.S.C. § 1328 and Debtor Education Certificate is about to expire.

4. For the following reasons the debtor(s) are unable to file the Debtor's Certification of Compliance with 11 U.S.C. § 1328 and Debtor Education Certificate required by FRBP 1007 within the prescribed time:

   Attorney has had difficulty communicating with the client and cannot ensure that they have read and signed the Debtor's Certification of Compliance with 11 U.S.C. § 1328 or completed the Debtor Education Course at this time.

     WHEREFORE movants pray the Court for an Order extending debtor(s) time for filing the debtor's Certification of Compliance with 11 U.S.C. § 1328 and the Debtor Education Certificate.

DATE:  7/23/2014

Respectfully submitted:
Ronald W. Hahn
By Counsel

/s/ Richard J. Oulton   VSB #29640
Counsel for Debtor
America Law Group, Inc.
2312 Boulevard

Colonial Heights, VA 23834
804-520-2428


Certificate of Service

I certify that on July 23, 2014, a copy of this NOTICE OF MOTION and
MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFCATION OF
COMPLIANCE WITH 11 U.S.C. § 1328 has been electronically mailed or sent via first-
class mail, postage pre-paid, to Robert E. Hyman, Chapter 13 Trustee, P.O. Box 1780
Richmond, VA 23218, and to The U.S. Trustee, 701 East Broad Street, Suite 4304
Richmond, VA 23219, and all other creditors and necessary parties.

/s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor(s)
VSB #29640


# Creditors

**About Feet LTD**
Dr Brian Wright
4788 Finlay St Suite 1
Henrico, VA 23231-0000

**Academy Collection Service**
10965 Decatur Rd
Philadelphia, PA 19154-0000

**Accounts Receivable Management**
PO Box 129
Thorofare, NJ 08086-0000

**Allied Interstate**
PO Box 361474
Columbus, OH 43236-0000

**Allied Interstate**
PO Box 361774
Columbus, OH 43236-0000

**Aspire Visa**
PO Box 23007
Columbus, GA 31902-0000

**Associated Creditors Exchange**
5151 N Harlem Ave
Suite 201
Chicago, IL 60656-0000

**BB&T**
PO Box 580302

Charlotte, NC 28258-0302

**BNA Financial Services**
St Marys Hospital
Atlanta, GA 30384-0000

**Bon Secours**
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours Memorial Regional Med
Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Sleep Disorder**
PO Box 843356
Boston, MA 02284-0000

**Bon Secours St. Mary's Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Branch Banking & Trust Co.**
Bankruptcy Section
PO Box 1847
Wilson, NC 27894

**Butterworth Furniture**
2059 S Crater Rd
Petersburg, VA 23805-0000

**Cach Llc**
4340 South Monaco St.
2nd Floor ATTN Bankruptcy
Denver, CO 80237-0000

**CBHV**
155 North Plank Rd
Newburgh, NY 12551-0000

**Chesterfield County**
Treasurer
PO Box 26585
Richmond, VA 23285-0000

**Comcast**
PO Box 3006
Southeastern, PA 19398-0000

**Commonwealth Radiology**
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230-0000

**Commonwealth's Attorney's**
Check Enforcement Program
PO Box 25
Chesterfield, VA 23832-0000

**Credit Collection Services**
Payment Processing Center
PO Box 55126
Boston, MA 02205-0000

**Daniels & Norelli, PC**
900 Merchants Concourse
Suite 400
Westbury, NY 11590-0000

**Diamond Springs**
PO Box 38668
Henrico, VA 23231-0000

**DirecTV**
PO Box 78626
Phoenix, AZ 85062-0000

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290-0000

**Encore**
400 North Rogers Rd

Olathe, KS 66062-0000

**Equidata**
724 Thimble Shoals Blvd
Newport News, VA 23606-0000

**Equidata**
PO Box 6610
Newport News, VA 23606-0000

**Er Solutions**
Po Box 9004
Renton, WA 98057-0000

**ERSolutions, Inc**
800 SW 39th St
PO Box 9004
Renton, WA 98057-0000

**First Premier Bank**
PO Box 5147
Sioux Falls, SD 57117-0000

**GE Money Bank**
PO Box 960061
Orlando, FL 32896-0000

**GMAC Insurance**
Intergon Casualty Ins Co
PO Box 3199
Winston Salem, NC 27102-0000

**HSBC Card Services**
PO Box 17051
Baltimore, MD 21297-1051

**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114

**IRS**
Dept of Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Midland Funding LLC**
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

**Peachdirect**

PO Box 609
Memphis, TN 38101-0000

**Pentagroup Financial, LLC**
5959 Corporate Drive
Suite 1400
Houston, TX 77036-0000

**Plantation Haven**
PO Box 532
Colonial Heights, VA 23834-0000

**Plantation Haven LLC**
c/o Kent Gilliam
7821 Ironbridge Rd
Richmond, VA 23237

**PLANTATION HAVEN, LLC**
C/O D. KENT GILLAIM
7821 IRONBRIDGE RD.
RICHMOND, VA 23237

**Portfolio Rc**
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502-0000

**Portfolio Recovery Associates**
PO Box 12903
Norfolk, VA 23541-0000

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery
Assocs.
POB 41067
NORFOLK VA 23541

**Premier BankCard/Charter**
P.O. Box 2208
Vacaville, CA 95696

**Quest Diagnostics**
PO Box 71303
Philadelphia, PA 19176-0000

**Receivable Performance Mgmt**
1930 220th St SE
Suite 101
Bothell, WA 98021-0000

**Receivables Management Company**
PO Box 8630
Richmond, VA 23226-0630

**Richmond Cardiology Associate**
8243 Medowbridge Rd

Mechanicsville, VA 23116-0000

**Richmond Times Dispatch**
PO Box 27502
Richmond, VA 23261-0000

**SCA**
Accounts Service Dept
PO Box 731
Mahwah, NJ 07430-0000

**Shoppers Charge Account**
PO Box 215
Memphis, TN 38101-0000

**Sprint Nextel Correspondence**
Attn: bankruptcy dept
PO Box 7949
Overland Park, KS 66207-0949

**Sprint Nextel Distribution**
Attn: bankruptcy dept
PO Box 3326
Englewood, CO 80155-3326

**St Mary's Hospital**
Richmond Health System
PO Box 409553
Atlanta, GA 30384-0000

**TD Retail Card Services**
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374

**Transworld Systems**
Collection Agency
1608 Spring Hill Rd
Vienna, VA 22182-0000

**Treasurer Chesterfield County**
Attn: Laura Glovier
PO Box 70
Chesterfield VA 23832

**United Consumers, Inc**
PO Box 4466
Woodbridge, VA 22194-0000

**Universal Fidelity LP**
PO Box 941911
Houston, TX 77094-0000

**Verizon**
PO BOX 3037
Bloomington, IL 61702-3037

**Verizon**
PO Box 660720
Dallas, TX 75266-0000

**W Calvin Barnard, DDS**
1001 West Nine Mile Rd
Henrico, VA 23075-0000