Certificate Number: 15317-VAE-DE-023968474

Bankruptcy Case Number: 10-31930



15317-VAE-DE-023968474

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2014, at 6:57 o'clock PM PDT, Ronald W Hahn completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  August 10, 2014                By:   /s/Jay Basanez

                                       Name:  Jay Basanez

                                       Title:  Certified Counselor